# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO )

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21-CR-03435-JLS |
| ) | |
| Plaintiffs, ) | ORDER CONTINUING MOTION |
| ) | HEARING/TRIAL SETTING |
| vs. ) | |
| ) | |
| NANCY SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

The Court hereby FINDS AS FOLLOWS:

1. Defendant is scheduled to appear for a Motion Hearing/Trial Setting on January 21th, 2022 at 1:30 p.m.
2. Defense counsel respectfully request additional time to continue to gather and review discovery.
3. The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Status Hearing in this matter is continued from January 21, 2022 to February 25, 2022 at 1:30 p.m.
2. The time period of January 21, 2022 to February 25, 2022, inclusive, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

1

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

4. Defendant shall file an acknowledgement of the new hearing date by January 28, 2022.

IT IS SO ORDERED:

Dated:  January 19, 2022

Hon. Janis L. Sammartino
United States District Judge