# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO )

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY SANCHEZ,<br><br>Defendant. | Case No. 21-CR-03435-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter is continued from April 1, 2022 to May 6, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 8, 2022.

For the reasons set forth in the joint motion, the time period of April 1, 2022 to May 6, 2022, inclusive, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

IT IS SO ORDERED.

Dated:  March 29, 2022

Hon. Janis L. Sammartino
United States District Judge

1